IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ANTONIO JOSE VELEZ,

    Plaintiff,

v.

CIVIL ACTION NO.: CV614-074

BRIAN OWENS; BRUCE CHATMAN; DOUG WILLIAMS; JOHN PAUL; MAJOR JOHN DOE; MAJOR JANE DOE; CAPTAIN JOHN DOE; CAPTAIN JANE DOE; LIEUTENANT JOHN DOE; LIEUTENAN JANE DOE; SERGEANT JOHN DOE; SERGEANT JANE DOE; and DORM CORRECTIONS OFFICERS ON DUTY MAY 16, 2012,

    Defendants.

## ORDER

Let a copy of this Report and Recommendation be served upon the parties. The parties will be allowed fourteen (14) days from the date of service of this Report and Recommendation to file objections. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(2). If no objections are made, this Report and Recommendation will be adopted as a record of the proceedings and may become the opinion and order of the Court. Devine v. Prison Health Services, Inc., 212 F. App'x 890, 892 (11th Cir. 2006).

All requests for additional time to file any objections to this Report and Recommendation should be filed with the Clerk for consideration by the undersigned.

The Clerk of Court is directed to submit the Report and Recommendation with objections, if any, on or before the 3rd day of October, 2014.

**SO ORDERED**, this 16th day of September, 2014.

                            JAMES E. GRAHAM
                            UNITED STATES MAGISTRATE JUDGE