IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JOSE ANTONIO VELEZ,

    Plaintiff,

v.                                           CIVIL ACTION NO.: CV614-074

BRIAN OWENS; BRUCE CHATMAN;
DOUG WILLIAMS; JOHN PAUL;
MAJOR JOHN DOE; MAJOR JANE
DOE; CAPTAIN JOHN DOE; CAPTAIN
JANE DOE; LIEUTENANT JOHN DOE;
LIEUTENAN JANE DOE; SERGEANT
JOHN DOE; SERGEANT JANE DOE;
and DORM CORRECTIONS OFFICERS
ON DUTY MAY 16, 2012,

    Defendants.

## ORDER

Plaintiff has filed a "Motion to Redress and Correction of Plaintiff's Name in the Instant Case." Plaintiff's Motion is **granted**. The Clerk is directed to correct Plaintiff's name to Jose Antonio Velez upon the record and docket of this case.

**SO ORDERED**, this 7th day of October, 2014.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)