# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

JOSE ANTONIO VELEZ,

       Plaintiff,

      v.

BRUCE CHATMAN; DOUG WILLIAMS;
JOHN PAUL; MAJOR JOHN DOE; MAJOR
JANE DOE; CAPTAIN JOHN DOE; CAPTAIN
JANE DOE; LIEUTENANT JOHN DOE;
LIEUTENAN JANE DOE; SERGEANT
JOHN DOE; SERGEANT JANE DOE;
and DORM CORRECTIONS OFFICERS
ON DUTY MAY 16, 2012,

      Defendants.

CIVIL ACTION NO.: CV614-074

## **O R D E R**

Let a copy of this Report and Recommendation be served upon the parties. The parties will be allowed **fourteen (14) days** from the date of service of this Report and Recommendation to file objections. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(2). If no objections are made, this Report and Recommendation will be adopted as a record of the proceedings and may become the opinion and order of the Court. Devine v. Prison Health Services, Inc., 212 F. App'x 890, 892 (11th Cir. 2006).

All requests for additional time to file any objections to this Report and Recommendation should be filed with the Clerk for consideration by the undersigned.

The Clerk of Court is directed to submit the Report and Recommendation with objections, if any, on or before the 2nd day of March, 2015.

**SO ORDERED**, this 13th day of February, 2015.

R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA