IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JOSE ANTONIO VELEZ,

    Plaintiff,

v.

BRUCE CHATMAN; DOUG WILLIAMS;
JOHN PAUL; MAJOR JOHN DOE; MAJOR
JANE DOE; CAPTAIN JOHN DOE; CAPTAIN
JANE DOE; LIEUTENANT JOHN DOE;
LIEUTENANT JANE DOE; SERGEANT JOHN
DOE; SERGEANT JANE DOE; and DORM
CORRECTIONS OFFICERS ON DUTY
MAY 16, 2012,

    Defendants.

CIVIL ACTION NO.: CV614-074

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which no Objections have been filed. Plaintiff's claims against the John/Jane Doe Defendants and the dorm corrections officers on duty on May 16, 2012, are **DISMISSED** based on Plaintiff's failure to provide the Court with the identities of these individuals. The unopposed Motion to Dismiss filed by Defendants Bruce Chatman, Doug Williams, and John Paul ("Movants"), (Doc. 25), is **DENIED** as to the statute of limitations defense but **GRANTED** based on Plaintiff's failure to exhaust his administrative remedies. Plaintiff's Complaint is **DISMISSED**, without prejudice, based on his failure to exhaust his administrative remedies. The Clerk of Court is directed to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 14th day of May, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA